UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
BENJAMIN JIMENEZ,

               Petitioner,

     v.

UNITED STATES OF AMERICA,

               Respondent
-------------------------------------------------------------- x

**ORDER**

15 Civ. 1493 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On February 24, 2015, Petitioner filed his petition to vacate his sentence pursuant to 28 U.S.C. § 2255. On October 21, 2019, I granted that request and Petitioner was subsequently resentenced. *See* 13 Cr. 58, ECF Nos. 704, 729. Accordingly, the Clerk shall mark 15 Civ. 1493 closed.

SO ORDERED.

Dated:  New York, New York
         August 30, 2022

                                                       _____/s/_____
                                                       ALVIN K. HELLERSTEIN
                                                       United States District Judge